UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION -FLINT

UNITED STATES OF AMERICA,

                Plaintiff,         CASE NO.: 4:06-CR-50079-1FL

vs.                                 HON. PAUL V. GADOLA
                                     MAG. JUDGE WALLACE CAPEL, JR.

BRIAN EDWARD BROCHU,

                Defendant.
_____/

## ORDER OF DETENTION
## PENDING REVOCATION PROCEEDINGS

The Defendant appeared before the Court on July 12, 2006, based upon a Petition and Warrant for violation of his conditions of supervised release, filed on July 11, 2006. The Defendant was initially ordered detained. A detention hearing was held on July 24, 2006.

The Defendant is charged with violation of the Special Condition Number 5 by being in the social company of other individuals using alcohol. He is also charge with violation of Standard Condition Number 9 by associating with another individual engaged in criminal activity.

The report of the Probation Officer in this matter indicates that the Defendant began his term of supervised release on January 11, 2006.

Based upon the information presented at the hearing, it appears that the Defendant has failed to comply with the terms of supervised release by being in the company of other individuals who were using alcoholic beverages, as well as being in the company of an individual who was engaging in criminal activity by passing counterfeit federal reserve notes. It further appears that the Defendant may be facing a new criminal offense as a result of this activity. Based upon the foregoing information, it appears that the Defendant has continued to engage in criminal activity and

has shown a disregard for the orders of this Court by his behavior.

Accordingly, the Defendant shall be detained without bond in this matter pending further proceedings before the district court judge.

The Defendant is hereby remanded to the custody of the United States Marshal.

**IT IS SO ORDERED.**

**DATED: July 26, 2006**               s/ Wallace Capel, Jr.
                                       **WALLACE CAPEL, JR.**
                                       **United States Magistrate Judge**


**CERTIFICATE OF SERVICE**

I hereby certify that on July 26, 2006 , I electronically filed the foregoing paper with the Clerk of the Court using the ECF system which will send such notification of such filing to the following: James C. Mitchell, AUSA, Charles Grossmann, Esq. , and I hereby certify that I have mailed by United States Postal Service/hand delivered the paper to the following non-ECF participants: United States Marshal, 600 Church St., Flint, Michigan 48502, Probation Officer, 600 Church St., Flint, Michigan 48502

                                       s/ James P. Peltier
                                       James P. Peltier
                                       Courtroom Deputy Clerk
                                       U.S. District Court
                                       600 Church St.
                                       Flint, MI 48502
                                       810-341-7850
                                       pete_peltier@mied.uscourts.gov